IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STEPHEN D. WRIGHT AND
E&M ERS, INC.,

      Petitioners,

v.

LACY BRANCH,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3044

Opinion filed August 1, 2014.

Petition for Writ of Certiorari -- Original Jurisdiction.

Brentt E. Palmer of Young, Bill, Roumbos & Boles, P.A., Pensacola, for Petitioner, Stephen D. Wright.

No appearance for Respondent.

PER CURIAM.

      Petitioner seeks certiorari review of an order denying his motion to stay discovery. Petitioner has failed to demonstrate that he will be irreparably harmed by the order denying stay as the order does not compel discovery. Accordingly, the petition for writ of certiorari is denied.

VAN NORTWICK, CLARK, and SWANSON, JJ., CONCUR.